IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NOS. CR417-201
) CV419-254
JOHN YOUNG, JR., )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 38), to which objections have been filed (Doc. 39).[1] In his objections, Defendant agrees that his 28 U.S.C. § 2255 Petition is untimely, but argues that Rehaif v. United States, 139 S. Ct. 2191, 204 L. Ed. 2d 594 (2019), "has overruled the case law that [the] magistrate judge" cited in his report and recommendation and should overturn his indictment. (Doc. 39.) Additionally, Defendant argues that the Court should consider Rehaif "[n]ew [f]acts that could not have been discovered at the time he would have filed his original [§] 2255 motion, had he filed a timely [§] 2255 motion . . . ." (Doc. 39 at 2.) After careful consideration, Defendant's objections are overruled and the report and recommendation (Doc. 38) is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant's 28 U.S.C. § 2255 Petition (Doc. 37)

---

[1] Unless otherwise stated, all citations are to Defendant's criminal docket on this Court's electronic docketing system, CR417-201.

is **DENIED**. In addition, Defendant is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA